## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 24-cr-00223-CKK-2 |
| | : | |
| **v.** | : | 18 U.S.C. § 1349 |
| | : | (Conspiracy to Commit Wire Fraud) |
| **JAMAREA GRANT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## JOINT STAUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jamarea Grant, by and through his attorney Stuart Berman, hereby submit this joint status report.

1. On November 27, 2024, the defendant pleaded guilty to Count One of the Indictment in this case, charging him with Conspiracy to Commit Money, Property, and Honest Services Wire Fraud, in violation of 18 U.S.C. §§ 1349, 1343, 1346.

2. One of the provisions of the plea agreement is that Mr. Grant cooperate with the government's prosecution of his codefendant, Kirk Perry.

3. The parties filed their last joint status report on March 28, 2025, and the Court ordered the parties to submit another joint status report by June 27, 2025.

4. On April 29, 2025, Perry pleaded guilty to Count One of the Indictment.

5. Perry's sentencing hearing is scheduled for December 4, 2025.

6. Grant's sentencing hearing is scheduled for December 12, 2025.

7. Because both defendants are awaiting sentencing, the parties respectfully request that no further joint status reports be ordered in this case.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:     <u>/s/ *Brian P. Kelly*</u>
        BRIAN P. KELLY
        D.C. Bar No. 983689
        Assistant United States Attorney
        United States Attorney's Office
        District of Columbia
        601 D Street NW
        Washington, DC 20530
        (202) 252-7503
        Brian.Kelly3@usdoj.gov

        For JAMAREA GRANT

By:     <u>/s/ *Stuart A. Berman*</u>
        STUART A. BERMAN
        D.C. Bar No. 975135
        Lerch, Early & Brewer, Chtd.
        7600 Wisconsin Ave | Suite 700 |
        Bethesda, MD 20814
        T 301-657-0729
        saberman@lerchearly.com